**No. 55703.**—Bergdorf Goodman Co. and Gimbel Bros., Inc. *v.* United States' protests 141096–K and 146384–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55704.**—Devoe-Raynolds Company, Inc., et al. *v.* United States, protests 156491–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55705.**—R. & A. Kohnstamm (London), Inc., et al. *v.* United States, protests 158241–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55706.**—Hudson Shipping Co., Inc., et al. *v.* United States, protests 169155-K (B), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55707.**—L. Bamberger & Co. et al. *v.* United States, protests 169930-K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.